Case No: 05-1676

**FILED**
OCT 16 2006

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

LEONARD GREEN, Clerk

TAMERA SMITH; CHADDWIC SMITH

    Plaintiffs - Appellees

v.

ELIZABETH PEZZETTI, et al

    Defendants

and

DONNA CROMWELL; JONATHAN CROMWELL

    Defendants - Appellants

**FILED**
OCT 20 2006
CLERK'S OFFICE
DETROIT

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green/bc*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk